UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY          07 CV 5595 (PAC)
DISTRICT COUNCIL OF CARPENTERS ANNUITY           ECF CASE
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN         **NOTICE OF MOTION**
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and NEW YORK CITY
AND VICINITY CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE and
PAUL O'BRIEN, as TRUSTEES,

                                   Plaintiffs,

                    -against-

NORTHEAST INTERIORS CONTRACTING
INCORPORATED,

                                   Defendant.
------------------------------------------------------------------------X
C O U N S E L :

         PLEASE TAKE NOTICE, that upon the annexed affidavit of Andrew GraBois, Esq. sworn to on

July 31, 2007, the stipulated facts and exhibits annexed thereto, and upon all pleadings and proceedings

heretofore and herein, the undersigned, on behalf of the plaintiffs, will move this Court before the

Honorable Paul A. Crotty, United States District Court Judge at the United States Courthouse, Southern

District of New York, located at 500 Pearl Street, Courtroom 20-C, New York, New York 10007, at a

date and time to be set by the Court, for an Order granting plaintiffs' motion for default judgment, and

for such other and further relief as the Court deems proper and just.

Dated:  New York, New York
          July 31, 2007

                                   Yours, etc.,

                                   O'DWYER & BERNSTIEN, LLP

                    By:   _____
                                   ANDREW GRABOIS, ESQ.
                                   Attorney for Plaintiffs
                                   52 Duane Street, 5th Floor
                                   New York, New York 10007
                                   (212) 571-7100

TO:    Northeast Interiors Contracting Incorporated
       14 Orchard Street
       Haskell, NJ 07420