UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY                          07 CV 5595 (PAC)
DISTRICT COUNCIL OF CARPENTERS                        ECF CASE
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,                 **AFFIDAVIT OF**
JOURNEYMAN RETRAINING, EDUCATIONAL                    **SERVICES**
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE and
PAUL O'BRIEN, as TRUSTEES,

                                Plaintiffs,

                -against-

NORTHEAST INTERIORS CONTRACTING INCORPORATED,

                                Defendant.
-------------------------------------------------------------------X
STATE OF NEW YORK         )
                          :SS.:
COUNTY OF NEW YORK        )

    ANDREW GRABOIS, being duly sworn, deposes and says:

    1. I am a member of the Bar of this Court and am associated with the firm of O'Dwyer & Bernstien, LLP, attorneys for plaintiffs herein and submit this affidavit in support of the instant application for default judgment and order.

    2. On June 12, 2007, Zach Harkin, a legal intern in this office, drafted a complaint, cover sheet and other required documents and prepared them for filing with the Clerk of the Court. He spent 1.0 hours on this matter at a billing rate of $115.00 per hour, for a total of $115.00 in attorneys' fees.

3. On June 12, 2007, your deponent reviewed and finalized the aforementioned documents. I spent 0.5 hours on this matter at a billing rate of $320.00 per hour for a total of $160.00 in attorneys' fees.

4. On June 12, 2007, Mr. Harkin prepared and filed the aforementioned documents with the Clerk of the Court. He spent 0.5 hours on this matter at a billing rate of $115.00 per hour, for a total of $57.50 in attorneys' fees.

5. On June 12, 2007, Ian Henderson, a paralegal in this office, prepared and filed the aforementioned documents on the Electronic Case Filing system. He spent 0.5 hours on this matter at a billing rate of $115.00 per hour for a total of $57.50 in attorneys' fees.

6. On June 15, 2007, Mr. Harkin prepared and mailed the aforementioned documents for service of process on the Secretary of State. He spent 0.5 hours on this matter at a billing rate of $115.00 per hour for a total of $57.50 in attorneys' fees.

7. On June 15, 2007, Mr. Harkin prepared and mailed the aforementioned documents for service of process by registered mail. He spent 1.0 hours on this matter at a billing rate of $115.00 per hour for a total of $115.00 in attorneys' fees.

8. On June 18, 2007, Mr. Henderson prepared and filed the affidavit of service by registered mail with the Court and on the ECF system. He spent 0.5 hours on this matter at a billing rate of $115.00 per hour for a total of $57.50 in attorneys' fees.

9. On June 26, 2007, Mr. Henderson prepared and filed the affidavit of service with the Court and on the ECF system. He spent 0.5 hours on this matter at a billing rate of $115.00 per hour for a total of $57.50 in attorneys' fees.

10. On July 30, 2007 and July 31, 2007, Mr. Henderson and Allison Rothman, a legal intern in this office, prepared the default documents, including a proposed default judgment and notice of

motion and affidavit of services rendered. They spent a total of 4.0 hours on this matter. The billing rate for matters of this nature is $115.00 per hour for a total of $460.00 in attorneys' fees.

11. On July 31, 2007, your deponent reviewed and finalized the aforementioned default documents over 0.5 hours, at a billing rate of $320.00 per hour for a total of $160.00 in attorneys' fees.

12. The cost of the process server to effectuate service of process was $73.00.

WHEREFORE, deponent respectfully requests allowance of attorneys' fees in the sum of $1,297.50 and costs arising out of this action in the amount of $73.00 for a total of $1,370.50

_____
ANDREW GRABOIS (AG 3192)

Sworn to before me this
31st day of July, 2007

_____
NOTARY PUBLIC

NICHOLAS HANLON
Notary Public, State of New York
No. 02HA6167368
Qualified in Westchester County
Commission Expires May 29, 2011

3