STATE OF NEW YORK    )
                     :SS.:
COUNTY OF NEW YORK   )

IAN K. HENDERSON, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Queens, New York. On the 31st day of July, 2007, I served plaintiffs' **NOTICE OF MOTION and SUPPORTING DOCUMENTATION** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the last known address set forth after the name below:

TO:   Northeast Interiors Contracting Incorporated
      14 Orchard Street
      Haskell, NJ 07420

_____
IAN K. HENDERSON

Sworn to before me this
31st day of July, 2007

_____
NOTARY PUBLIC

JASON FUTMAN
Notary Public, State of New York
No.02FU6104740
Qualified in New York County
Commission Expires January 26, 2008