UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES,

07 CV 5595 (PAC)
ECF CASE

**DEFAULT JUDGMENT**

                              Plaintiffs,

         -against-

NORTHEAST INTERIORS CONTRACTING
INCORPORATED,

                              Defendant.
------------------------------------------------------------------X

This action having been commenced on June 12, 2007 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant Northeast Interiors Contracting Incorporated on June 19, 2007 by delivering one (1) true copy of the same to the Secretary of the State of New York, pursuant to Section 307 of New York Business Corporation Law, and a proof of service having been filed on June 26, 2007, and by registered mail on June 15, 2007, and a proof of service having been filed on June 18, 2007, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on July 30, 2007, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendant, pursuant to the arbitration award, in the liquidated amount of $2,350.00, representing costs and fees arising out of the arbitration, in addition to attorneys' fees and costs arising out of this action in the amount of $1,370.50 for a total of $3,720.50 and that Northeast Interiors Contracting Incorporated and its officers are ordered to produce any and all books and records relating to Northeast Interiors Contracting Incorporated for the period of July 1, 2003 through February 17, 2007.

Dated: August 22, 2007
New York, New York

Honorable Paul A. Crotty
United States District Judge

This document was entered on the docket on _____.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY         07 CV 5595 (PAC)
DISTRICT COUNCIL OF CARPENTERS ANNUITY          ECF CASE
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN        **CLERKS**
RETRAINING, EDUCATIONAL AND INDUSTRY            **CERTIFICATE**
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR
MANAGEMENT COOPERATION FUND, by
MICHAEL J. FORDE, and PAUL O'BRIEN,
as TRUSTEES
                              Plaintiffs,

         -against-



NORTHEAST INTERIORS CONTRACTING INCORPORATED,

                              Defendant.
-----------------------------------------------------------------X

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on June 12, 2007 by filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Northeast Interiors Contracting Incorporated, on June 19, 2007, by delivering one (1) true copy thereof to Amy Lesch, an authorized clerk in the Office of the Secretary of State of the State of New York, and proof of service being filed on June 26, 2007, and by registered mail to Northeast Interiors Contracting Incorporated, 14 Orchard Street, Haskell, NJ 07420 on June 15, 2007, and proof of service being filed on June 18, 2007.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to complaint herein. The default of the defendant is hereby noted.

Dated: July 30, 2007
       New York, New York              **J. MICHAEL MCMAHON**
                                       Clerk of the Court

                                       By: _____
                                              Deputy Clerk